# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADELE JETER-WHEATON, F/K/A
ADELE EASON EILAND,
                              Appellant,
        vs.
JOE FRANK EILAND,
                              Respondent.

No. 77578

**FILED**

JAN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal arising from a family court case. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Our review of the documents submitted to this court reveals a jurisdictional defect. Appellant references district court orders purportedly entered on April 13 and September 27, 2018, in a probate court case. But appellant does not identify any order entered in the underlying family court case that she wishes to challenge on appeal. And it does not appear from the district court docket sheet that the court entered any appealable orders in the family court matter. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____Pickering_____, J.
        Pickering

_____Parraguirre_____, J.
        Parraguirre

_____Cadish_____, J.
        Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-03057

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
Adele Jeter-Wheaton
Joe Frank Eiland
Eighth District Court Clerk